

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-16-00840-CV

Style:      Joseph R. Willie II v. Smile Brands, Inc. d/b/a Smile Brands, L.P.

Date motion filed[*]:      March 6, 2017

Type of motion:      Letter-Motion to Restyle Case

Party filing motion:      Appellee The State of Texas

Document to be filed:      N/A

Is appeal accelerated?      No.

Ordered that motion is:
- ☑ Granted
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

    The Clerk of this Court is directed to style this appeal, "Joseph R. Willie, II, D.D.S., Appellant v. The State of Texas, Appellee". *See* TEX. R. APP. P. 3.1(a), (c).

Judge's signature: /s/ Evelyn V. Keyes
                     ☒ Acting individually      ☐ Acting for the Court

Date: March 14, 2017